UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rodriguez,

                              Plaintiffs,

            -against-

Action Nissan, Inc.,

                              Defendant.

-----------------------------------------------------------------X

7:22-cv-1344-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **1/24/2024 at 10:30 am**, The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:      White Plains, New York
                   December 8, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge